File Hashes for IP Address 76.23.68.243

**ISP:** Comcast Cable
**Physical Location:** Waukegan, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/14/2013 12:52:39 | F6F97A89ED8B003D76D2605C062D1F1F87F5848F | Transcendence |
| 04/14/2013 12:39:48 | 6D9454AA6DEB7D248D5B6D10C3F4C636ADBBB8E1 | Lovers in Paradise |
| 04/14/2013 12:39:47 | 34A02D5FC40B2783196B2E7FF40680BDE1251176 | Circles of Bliss |
| 04/14/2013 12:30:09 | EC66E889DC1F4FD5D572DC8BE047C0D33AA9F61C | Inside Perfection |
| 04/14/2013 12:17:59 | 8E20B318AD304256D4DE718ECB43E7358B18C50F | First Love |
| 04/14/2013 12:12:37 | 97F31E49717B079EF6BE6A2AFD6AE3B2820DB037 | Starting Over |
| 04/14/2013 11:57:23 | AED5FC52FF899D5CF7FD2027C6687A6338B5F1C4 | Photo Fantasy |
| 04/14/2013 11:44:08 | C5F84B50D4ED403127F13A2D0B62AB796B4B66E6 | Unbelievably Beautiful |
| 04/14/2013 11:40:24 | 9FFD4C7BDDF6FB3037B50D2D1743E6680CD31E4C | Farewell |
| 04/14/2013 11:27:07 | B7286F32B83441E36A9715EBC101246E96CB8933 | Mutual Orgasm |
| 04/14/2013 11:05:26 | C736B11E8C68BBDD4A1185F7260F485293694016 | Morning Tryst |
| 04/14/2013 10:59:57 | 20A90CF56D1200D9D6DE4F2FAD70B6533F0BB4E9 | Unforgettable View #2 |
| 04/14/2013 08:47:50 | F7090B77272B0270B0C49F6835F9F118542E432F | A Love Story |
| 04/13/2013 14:34:46 | BC2B18A1C496C78B265F6A0E084DD4F5324DDEB1 | Black Lingerie Bliss |
| 04/13/2013 14:15:15 | 24E766DD7F40B1BEF548C8688FEAE4E1F39FF856 | Like The First Time |
| 04/13/2013 10:46:46 | 3BA74937150AD36C2378A832B50E130171D09E91 | Casual Sex |
| 04/12/2013 19:04:14 | 7A1CDFEE20E4323EE38586B16DE27D8B2E8205DD | Positively In Love |
| 03/28/2013 03:12:49 | E52F3EF3AE1909D8846DDA073D524E5EC7519895 | Mad Passion |
| 03/28/2013 01:33:11 | 9ED24C0BD89D55DD7265A2AFD874420A1516FA75 | Spilled Milk |

**Total Statutory Claims Against Defendant: 19**

EXHIBIT A

NIL92