Copyrights-In-Suit for IP Address 76.23.68.243

**ISP:** Comcast Cable
**Location:** Waukegan, IL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Love Story | PA0001819296 | 12/18/2012 | 12/31/2012 | 04/14/2013 |
| Black Lingerie Bliss | PA0001806468 | 09/19/2012 | 09/19/2012 | 04/13/2013 |
| Casual Sex | PA0001820857 | 10/31/2012 | 01/13/2013 | 04/13/2013 |
| Circles of Bliss | PA0001833297 | 03/20/2013 | 04/01/2013 | 04/14/2013 |
| Farewell | PA0001800473 | 08/03/2012 | 08/07/2012 | 04/14/2013 |
| First Love | PA0001806476 | 09/05/2012 | 09/25/2012 | 04/14/2013 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 04/14/2013 |
| Like The First Time | PA0001778844 | 02/29/2012 | 02/29/2012 | 04/13/2013 |
| Lovers in Paradise | PA0001780463 | 12/30/2011 | 03/10/2012 | 04/14/2013 |
| Mad Passion | PA0001831083 | 02/28/2013 | 03/12/2013 | 03/28/2013 |
| Morning Tryst | PA0001800355 | 07/24/2012 | 07/25/2012 | 04/14/2013 |
| Mutual Orgasm | PA0001783357 | 03/09/2011 | 03/25/2012 | 04/14/2013 |
| Photo Fantasy | PA0001808631 | 09/28/2012 | 09/28/2012 | 04/14/2013 |
| Positively In Love | PA0001800358 | 07/04/2012 | 07/11/2012 | 04/12/2013 |
| Spilled Milk | PA0001833299 | 03/08/2013 | 04/01/2013 | 03/28/2013 |
| Starting Over | PA0001803663 | 08/27/2012 | 09/10/2012 | 04/14/2013 |
| Transcendence | PA0001799577 | 07/30/2012 | 07/31/2012 | 04/14/2013 |
| Unbelievably Beautiful | PA0001805315 | 08/24/2012 | 09/10/2012 | 04/14/2013 |
| Unforgettable View #2 | PA0001817765 | 12/13/2012 | 12/16/2012 | 04/14/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 19**

EXHIBIT B

NIL92