UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DOE subscriber assigned IP address )<br>76.23.68.243, )<br>)<br>    Defendant. )<br>)  | Civil Case No.: 1:13-cv-03707 |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO PROCEED ANONYMOUSLY [CM/ECF 12]**

    Plaintiff does not object to the relief requested in Defendant's motion at CM/ECF 12. Plaintiff's Response, however, should not be construed as a concession with regard to the validity of Defendant's arguments or reasoning.

    Dated: August 15, 2013

                                        Respectfully submitted,

                                        SCHULZ LAW, P.C.

            By:    /s/ *Mary K. Schulz*
                      Mary K. Schulz, Esq.
                      1144 E. State Street, Suite A260
                      Geneva, Il 60134
                      Tel: (224) 535-9510
                      Fax: (224) 535-9501
                      Email: schulzlaw@me.com
                      *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 15, 2013 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By:    /s/ *Mary K. Schulz*