IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA LLC | ) | |
| | ) | |
| Plaintiff | ) | No. 13 cv 3707 |
| | ) | |
| vs | ) | Judge Darrah |
| | ) | |
| JOHN DOE, subscriber assigned IP address 76.23.68.243 | ) ) ) | |
| | ) | |
| Defendant | ) | |

**TO:** All Parties via CM/ECF

**PLEASE TAKE NOTICE** that on **January 14, 2014 at 9:30am,** or as soon thereafter as I may be heard, I shall appear before the Honorable John W. Darrah or any judge sitting in his stead in **Courtroom 1203** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:** TO DISMISS COUNTERCLAIM.

_____
**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2013, I provided service to the person or persons listed above by the following means: CM/ECF

Signature: __/s/ Mary K. Schulz                    Date:  December 19, 2013

Mary K. Schulz, 6183773
Schulz Law, P.C.
1144 E. State Street, Suite A260
Geneva, IL 60134
224.535-9510