# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Malibu Media LLC

                    Plaintiff,

v.                                       Case No.: 1:13−cv−03707
                                                          Honorable John W. Darrah

John Doe

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 14, 2014:

      MINUTE entry before the Honorable John W. Darrah: Ruling on motion hearing held. Plaintiff's motion to strike [24] is granted without prejudice. Defendant to file amended affirmative defenses by 2/14/14. Motion to dismiss [23] is entered and briefed as follows: response by 1/17/14 (not to exceed 28 pages in length), reply by 1/31/14. Status hearing set for 1/15/14 is re−set to 4/2/14 at 9:30 a.m.Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.