**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | ) | |
|---|---|---|
| Malibu Media LLC | ) | Case No: 13 C 3707 |
| | ) | |
| v. | ) | Judge: John W. Darrah |
| | ) | |
| John Doe | ) | |
| | ) | |

## ORDER

Ruling on motion hearing held. Motion for leave to file amended affirmative defenses and amended counterclaim is granted [30]. Motion to dismiss [23] is withdrawn as moot. Status hearing set for 4/2/14 is re-set to 3/27/14 at 9:30 a.m. for further scheduling.

(T:) 00:05

Date: 2/25/14 /s/ Judge John W. Darrah